STATE v. WARD

No. 158A92-7

Case below: Pitt County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Pitt County, denied 16 August 2001. Motion by Attorney General to lift stay of execution allowed 16 August 2001.

STATE v. WHITE

No. 94A94-3

Case below: Mecklenburg County Superior Court

Application by defendant for writ of habeas corpus denied 16 August 2001. Petition by defendant for writ of certiorari to review the order of the Superior Court, Mecklenburg County, denied 20 August 2001. Motion by defendant for stay of execution of judgment denied 20 August 2001. (See also *White v. Easley*, infra)

STATE v. WILLIAMS

No. 303P01

Case below: 143 N.C. App. 570

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

STATE ex rel. BARKER v. ELLIS

No. 338P01

Case below: 144 N.C. App. 135

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001. Justice Edmunds recused.

TOWN OF HIGHLANDS v. EDWARDS

No. 410P01

Case below: 144 N.C. App. 363

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001. Justice Martin recused.